IN THE UNITED STATES DISTRICT COURT FOR THE
STATE OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| | * | |
| David J. Kacala | * | |
| 35 North Montford Avenue | * | |
| Baltimore, MD 21224 | * | |
|     And | * | |
| MCIL Resources for | * | |
| Independent Living, Inc. | * | |
| 5807 Harford Road | * | |
| Baltimore, MD 21214 | * | |
|     Plaintiffs | * | Civil No.   JFM 03-CV-208 |
| | * | |
|     Vs. | * | |
| | * | |
| Max's Real Estate Co., L.L.C. | * | |
| 737 South Broadway | * | |
| Baltimore, MD 21231 | * | |
|     Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>MOTION TO DISMISS WITH PREJUDICE</u>

    Plaintiffs by their attorney hereby request that the court dismiss this action in accordance with rule 111. The Parties have settled all claims counter-claims, cross-claims, third party claims and claims for attorney's fees and costs.


                    Respectfully Submitted,


                    _____/s/_____
                    Stephen J. Kacala
                    35 North Montford Avenue
                    Baltimore, MD 21224
                    Telephone:  410-563-6844
                    Attorney for the Plaintiffs
                    Federal Bar No. 25780